UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MUTUAL OF ENUMCLAW INSURANCE COMPANY as Subrogee for MALCOLM KEITHLEY and MARCIA KEITHLEY, husband and wife; and MALCOLM KEITHLEY and MARCIA KEITHLEY, husband and wife as their marital community,<br><br>Plaintiffs,<br><br>v.<br><br>SUNBEAM PRODUCTS, INC., a foreign corporation doing business in Douglas County, Washington,<br><br>Defendant. | No. CV-06-0185-FVS<br><br>ORDER OF DISMISSAL |

The parties having stipulated to the dismissal of the above-entitled matter with prejudice and without costs to any party,

**IT IS HEREBY ORDERED** that, pursuant to the Stipulation and Proposed Order of Dismissal With Prejudice filed by the parties, **Ct. Rec. 81**, and Federal Rule of Civil Procedure 41(a), all claims against Defendant Sunbeam Products, Inc., are **DISMISSED WITH PREJUDICE** and without costs or fees to any party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel, and **CLOSE THE FILE.**

**DATED** this  18th  day of December, 2007.

                              s/ Fred Van Sickle
                              Fred Van Sickle
                              United States District Judge

ORDER OF DISMISSAL- 1